UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20062-CR-GAYLES(s)(s)

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MADDIEL RODRIGUEZ SANCHEZ,
  a/k/a "maddielchico," and
YENIFER MONZON LOPEZ,

   Defendants.
_____/

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America (hereafter "United States" or "Government") moves for the entry of a final order of forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure. In support of its Motion, the United States provides the following factual and legal basis:

1. On January 25, 2017, the Court entered a Preliminary Order of Forfeiture wherein it forfeited the interest of Maddiel Rodriguez Sanchez and Yenifer Monzon Lopez (hereafter collectively "Defendants") in certain property identified therein (hereafter the "Property"). *See* Preliminary Order of Forfeiture at ECF No. 306.

2. In accordance with Title 21, United States Code, Section 853(n)(1), notice of forfeiture was published on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 16, 2017 and ending on June 14, 2017.  Proof of Publication was filed with the Clerk of the Court on January 30, 2018. *See* Declaration of Publication at ECF No. 354.

3.      Also in accordance with Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, direct written notice of forfeiture was provided to all persons and entities known to have an alleged interest in the Property, if any.

4.      On July 18, 2017 the time for filing a petition for the Property with the Court expired in this cause pursuant to Title 21, United States Code, Section 853(n)(2), and no petitions were filed.

**WHEREFORE**, the United States requests that the Court enter the proposed Final Order of Forfeiture and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:     *s/Michelle B. Alvarez_____*
        Michelle B. Alvarez
        Assistant United States Attorney
        Florida Bar No. 615617
        99 NE 4th Street, 7th floor
        Miami FL, 33132-2111
        Tel. (305) 961-9088
        Fax (305) 536-7599
        E-mail: Michelle.Alvarez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 26, 2018, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

_s/Michelle B. Alvarez_

Michelle B. Alvarez
Assistant United States Attorney
